Case 1:22-cr-00054-SPW Document 7 Filed 05/04/22

FILED
5/4/2022
Clerk, U.S. District Court
District of Montana
Great Falls Division

COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, Montana 59101
Phone: (406) 247-4645
FAX: (406) 657-6989
Email: colin.rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22- 54 -BLG- SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs.<br><br>JAMES ROBERT HARRELSON,<br><br>Defendant. | CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>(Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum five years to forty years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>(Penalty: Mandatory minimum five years to forty years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

1

| | |
|---|---|
| | **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**<br>(Count III)<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)<br><br>**FORFEITURE**<br>Title 21 U.S.C. § 853(a)(1) and (2)<br>Title 21 U.S.C. § 881(a)(11)<br>Title 18 U.S.C. § 924(d)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

COUNT I

On or about April 22, 2022, near Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, JAMES ROBERT HARRELSON, knowingly and unlawfully conspired and agreed with other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 40 grams or more of a mixture or substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

On or about April 22, 2022, near Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, JAMES ROBERT HARRELSON, knowingly and unlawfully possessed, with the intent to distribute, 50 grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT III

On or about April 22, 2022, near Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, JAMES ROBERT HARRELSON, knowingly possessed a firearm in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, namely conspiracy to possess with intent to distribute, and possession with intent to distribute fentanyl, as alleged in Counts I and II above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses set forth in Counts I and II of this indictment, the defendant, JAMES ROBERT HARRELSON, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

Upon conviction of the offense set forth in Count III of this indictment, the defendant, JAMES ROBERT HARRELSON, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney